Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

Attorneys for Michael Goldberg,
Trustee of the PFI Trust

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,[1]<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv No. 21-03027 |
| PROFESSIONAL FINANCIAL INVESTORS, INC. and PROFESSIONAL INVESTORS 43, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINA HARICLIA ENSIGN, TRUSTEE OF THE AMENDED AND RESTATED CHRISTINA HARICLIA ENSIGN TRUST DATED AUGUST 15, 1996, AS AMENDED AND RESTATED OCTOBER 16, 2017,<br><br>Defendant. | **REQUEST FOR DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>[No hearing requested or required]<br><br>The Hon. Hannah L. Blumenstiel |

---

[1] A complete list of the Debtors and their respective chapter 11 case numbers may be found at www.donlinrecano.com/Clients/pfi/index. The federal tax identification numbers of each of the Debtors is also available in the bankruptcy petitions of each Debtor, also available at the Donlin Recano website.

**PURSUANT TO** Federal Rule of Civil Procedure 41(a)(1)(A)(i) as incorporated by Federal Rule of Bankruptcy Procedure 7041, Michael Goldberg in his capacity as Trustee of the PFI Trust, which is the successor in interest to the original plaintiff herein, hereby DISMISSES WITH PREJUDICE the above-captioned adversary proceeding, as the matter is now the subject of a fully-executed and performed settlement agreement.

Dated: January 19, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
Debra I. Grassgreen
John D. Fiero
Cia H. Mackle

Attorneys for Michael I. Goldberg,
Trustee of the PFI Trust

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, Suite 4000, San Francisco, CA 94105-1020.

On January 19, 2022, I caused to be served the following documents in the manner stated below:

- ***REQUEST FOR DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On **January 19, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 19, 2022 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Oliver Carpio*
　　　　　　　　　　　　　　　　　　　　　　　　*Legal* Assistant

**ECF/NEF List**

- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Nathan A. Schultz    nschultzesq@gmail.com, kjarashow@goodwinlaw.com